IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL PHILLIPE SCOTT,

    Petitioner,                   No. CIV S-08-2370 GEB KJM P

   vs.

D.K. SISTO,

    Respondent.                <u>AMENDED ORDER</u>

                                 /

          On May 26, 2010, the court entered an order granting petitioner's motion for an extension of sixty days in which to file a traverse. <u>See</u> docket no. 20.  The court also ordered respondent to respond to petitioner's motion for a temporary restraining order, addressing petitioner's medical needs and the prison's provision for those needs now that petitioner is in administrative segregation.  <u>Id</u>.  The time periods allowed in the order conflict with the time periods stated in the court's discussion of petitioner's motions.  Therefore the court will clarify the time allowed both sides to comply with the court's order.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the court's previous order (Docket No. 20) is amended as follows:

1. Petitioner has sixty days in which to file a traverse.

2. Respondent shall, within seven days of the entry of the original order, file a response to the motion for a temporary restraining order, addressing petitioner's medical needs and the prison's provision for those needs now that petitioner is in administrative segregation.

DATED: May 26, 2010.

_____
U.S. MAGISTRATE JUDGE

4
scot2370.am.ord.wpd

2