IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL PHILLIPE SCOTT,

    Petitioner,                    No. CIV S-08-2370 GEB KJN (TEMP) P

   vs.

D.K. SISTO,

    Respondent.                 ORDER

/

      Petitioner is a state prisoner proceeding without counsel and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254. Plaintiff has filed a motion for an evidentiary hearing. At this time, the court finds the pre-conditions for an evidentiary hearing defined in 28 U.S.C. § 2254(e)(2) are not present.

      IT IS THEREFORE ORDERED that the motion for an evidentiary hearing (Dkt. No. 23-2) is denied.

DATED: February 10, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scot2370.ord

1